IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF ALABAMA
NORTHERN DIVISION

| | | |
|---|---|---|
| **FALICIA RHODES,** | * | |
| **Plaintiff,** | * | |
| | * | |
| v. | * | Civil Case No. _____ |
| | * | |
| **UNITED STATES OF AMERICA,** | * | 2:06cv554-WKW |
| **Defendant.** | * | |

## COMPLAINT

COMES NOW Plaintiff Falicia Rhodes against the above-captioned defendant and would show unto the Court as follows:

### JURISDICTION AND VENUE

1. Plaintiff files this Complaint and invokes the jurisdiction of this Court under and by virtue of the Federal Tort Claims Act, 28 U.S.C. §1346 and 28 USC § 2672, et seq.

2. The violations complained of herein occurred in Montgomery County, Alabama, and were committed within the Middle District of the State of Alabama.

3. Plaintiff has complied with the requirements the Federal Tort Claims Act by filing an administrative claim with the United States Postal Service within the specified time and has filed this Complaint within six months of her receipt of the May 5, 2006 denial of her claim. This suit is timely filed.

### PARTIES

4. Plaintiff Falicia Rhodes (hereinafter, "Rhodes"), who is over the age of 19 years, is and at all times material hereto was a citizen of the United States. At some times material

1

hereto she was a resident of the State of Alabama, residing in Montgomery County, Alabama.

## FACTS

5. Plaintiff expressly adopts in this section and all counts set forth subsequent hereto as if fully set forth herein the allegations in the foregoing paragraphs.

6. On or about January 27, 2006, Rhodes was conducting business as a customer of the United States Postal Service facility on Plantation Way in Montgomery, Alabama.

7. As Rhodes approached her post office box, she slipped and fell on a freshly-waxed and still-wet spot on the floor.

8. There were no warning signs, pylons, or other devices present to warn Rhodes of the danger she faced.

9. The danger was not open and obvious.

10. Rhodes did not know and could not have known that the floor was wet until she slipped and fell.

11. Rhodes hurt her lower back and her hip when she fell on the wet floor.

12. Rhodes sought diagnosis and treatment at Baptist Medical Center East in Montgomery, Alabama, and has received follow-up care from Obelisk Healthcare in Montgomery, Alabama, for headaches, lower back pain, and hip pain.

13. Rhodes is now disabled in one or more major life activities and the said disability may be permanent.

14. Rhodes has suffered severe trauma, pain, physical suffering and emotional distress.

15. Rhodes' injury was the proximate result of the lack of ordinary and reasonable care which should have been exercised by one or more employees or agents of the United States Postal Service.

## CAUSE OF ACTION

As to the following cause of action, Plaintiff expressly adopts as if fully set forth in the cause of action the allegations of all foregoing paragraphs.

## COUNT I – NEGLIGENCE, WANTONNESS AND/OR RECKLESSNESS UNDER THE FEDERAL TORT CLAIMS ACT

16. United States Postal Service ("USPS") personnel are federal employees of the United States of America.

17. Federal employees, whose names are presently unknown to Rhodes, caused the floor of the USPS facility to become wet with water and/or wax.

18. The said federal employees were acting within the scope of their employment with the United States in creating a hazard for Rhodes.

19. The acts of the USPS and/or its agents or employees were negligent, wanton and/or willful in failing or refusing to mark or otherwise warn of the hazard thereby created and caused personal injury to Rhodes.

20. USPS employees had actual notice and/or had constructive notice of this condition and/or failed to exercise reasonable care with respect to the maintenance of its premises, thereby negligently, wantonly, willfully and recklessly failing to discover and remove this condition.

21. Rhodes hurt her back and hip when she fell.

22. Rhodes is now disabled in one or more major life activities and the said disability may be permanent.

23. Rhodes has suffered severe trauma, pain, physical suffering and emotional distress, such as but not limited to: traumatizing headaches, severe pain to the lower back, pain after standing for long periods of time, and inability to wear the shoes she formerly wore. Rhodes will continue to suffer as a result of the negligent, wanton, willful and reckless acts of the defendant's employees.

## PRAYER FOR RELIEF

WHEREFORE, Plaintiff demands judgment in her favor and against the defendant, as follows:

a) Grant to Rhodes damages of Fifty Thousand Dollars ($50,000.00) for violations of 28 USC § 2672, et seq.

b) Grant Rhodes the cost of this action including attorney's fees and expenses;

c) Grant such other, further and different relief, both legal and equitable, as this Court may deem just and proper.

RESPECTFULLY SUBMITTED on this the 20th day of June, 2006.

_____
FALICIA RHODES

_____
JAY LEWIS, Attorney for Plaintiff

4

OF COUNSEL:
LAW OFFICES OF JAY LEWIS, LLC
P.O. Box 5059
Montgomery, AL 36103
(334) 263-7733 (Voice)
(334) 832-4390 (Facsimile)
ASB-2014-E66J
J-Lewis@JayLewisLaw.com

STATE OF ALABAMA         )
COUNTY OF MONTGOMERY  )

    **BEFORE ME**, a Notary Public in and for said County and State, came **Falicia Rhodes**, whose name is signed to the foregoing Complaint and who is known to me, and acknowledged before me on this date that being informed of the contents of this Complaint, she executed the same voluntarily on the day the same bears date.

    **GIVEN** under my hand and official seal this 20th day of June, 2006.

_____
NOTARY PUBLIC
My commission expires: 9/19/07

**(SEAL)**

5