AO 440  (Rev. 8/01) Summons in a Civil Action

# UNITED STATES DISTRICT COURT

**MIDDLE**     District of     **ALABAMA**

FALICIA RHODES,
Plaintiff,

V.

UNITED STATES OF AMERICA,
Defendant.

**SUMMONS IN A CIVIL ACTION**

CASE NUMBER:   2:06cv 554-WKW

TO: (Name and address of Defendant)

United States of America
c/o District Tort Claims
United States Postal Service
351 24th St. North, Room 329
Birmingham, AL 35203-9331

**YOU ARE HEREBY SUMMONED** and required to serve on PLAINTIFF'S ATTORNEY (name and address)

Jay Lewis, P.O. Box 5059, Montgomery, AL 36103

an answer to the complaint which is served on you with this summons, within _____ 20 60 _____ days after service of this summons on you, exclusive of the day of service. If you fail to do so, judgment by default will be taken against you for the relief demanded in the complaint. Any answer that you serve on the parties to this action must be filed with the Clerk of this Court within a reasonable period of time after service.

*Debra P. Hackett*

CLERK

(BY) DEPUTY CLERK

DATE   6/23/06

✎AO 440  (Rev. 8/01) Summons in a Civil Action

# UNITED STATES DISTRICT COURT

MIDDLE                 District of                 ALABAMA

FALICIA RHODES,
Plaintiff,

**SUMMONS IN A CIVIL ACTION**

V.

UNITED STATES OF AMERICA,
Defendant.

CASE NUMBER:  *2:06CV554-WKW*

TO: (Name and address of Defendant)

U.S Attorney: Leura Canary
201 One Court Square
P.O. Box 197
Montgomery, AL 36101-0197

**YOU ARE HEREBY SUMMONED** and required to serve on PLAINTIFF'S ATTORNEY (name and address)

Jay Lewis, P.O. Box 5059, Montgomery, AL 36103

an answer to the complaint which is served on you with this summons, within _____ *60* _____ days after service
of this summons on you, exclusive of the day of service. If you fail to do so, judgment by default will be taken against you
for the relief demanded in the complaint. Any answer that you serve on the parties to this action must be filed with the
Clerk of this Court within a reasonable period of time after service.

*Debra P. Hackett*                            *6/23/06*

CLERK                                          DATE

_____
(By) DEPUTY CLERK

✎AO 440 (Rev. 8/01) Summons in a Civil Action

# UNITED STATES DISTRICT COURT

| MIDDLE | District of | ALABAMA |
|---|---|---|

FALICIA RHODES,
Plaintiff,

V.

UNITED STATES OF AMERICA,
Defendant.

## SUMMONS IN A CIVIL ACTION

CASE NUMBER: 2:06cv554-WKW

TO: (Name and address of Defendant)

U.S. Department of Justice
c/o Alberto R. Gonzales
950 Pennslyvania Ave. NW
Washington, DC 20530

**YOU ARE HEREBY SUMMONED** and required to serve on PLAINTIFF'S ATTORNEY (name and address)

Jay Lewis, P.O. Box 5059, Montgomery, AL 36103

an answer to the complaint which is served on you with this summons, within _____ 20 60 _____ days after service of this summons on you, exclusive of the day of service. If you fail to do so, judgment by default will be taken against you for the relief demanded in the complaint. Any answer that you serve on the parties to this action must be filed with the Clerk of this Court within a reasonable period of time after service.

Debra P. Hackett

CLERK

(By) DEPUTY CLERK

DATE   6/23/06