| SENDER: COMPLETE THIS SECTION | COMPLETE THIS SECTION ON DELIVERY |
|---|---|
| ■ Complete items 1, 2, and 3. Also complete item 4 if Restricted Delivery is desired.<br>■ Print your name and address on the reverse so that we can return the card to you.<br>■ Attach this card to the back of the mailpiece, or on the front if space permits. | A. Received by (Please Print Clearly)   B. Date of Delivery<br><br>C. Signature<br>X Paulette Kindred   ☐ Agent  ☐ Addressee |
| 1. Article Addressed to:<br><br>U.S Attorney: Leura Canary<br>201 One Court Square<br>P.O. Box 197<br>Montgomery, AL 36101-0197 | D. Is delivery address different from item 1? ☐ Yes<br>   If YES, enter delivery address below:  ☐ No<br><br>2:06CV554<br>StC |
| | 3. Service Type<br>☑ Certified Mail   ☐ Express Mail<br>☐ Registered     ☑ Return Receipt for Merchandise<br>☐ Insured Mail    ☐ C.O.D.<br>4. Restricted Delivery? (Extra Fee)   ☑ Yes |
| 2. Article Number   7005 1160 0004 6820 4967 | |
| PS Form 3811, July 1999   Domestic Return Receipt | 102595-00-M-0952 |