**SENDER: COMPLETE THIS SECTION**

- Complete items 1, 2, and 3. Also complete item 4 if Restricted Delivery is desired.
- Print your name and address on the reverse so that we can return the card to you.
- Attach this card to the back of the mailpiece, or on the front if space permits.

1. Article Addressed to:

U. S. Department of Justice
c/o Alberto Gonzales
950 Pennsylvania Avenue, NW
Washington, DC 20530

2. Article Number: 7005 1160 0004 6820 4974

PS Form 3811, July 1999      Domestic Return Receipt

**COMPLETE THIS SECTION ON DELIVERY**

A. Received by (Please Print Clearly)    B. Date of Delivery
Ernest L. [signature]

C. Signature
X ☐ Agent  ☐ Addressee

D. Is delivery address different from item 1? ☐ Yes  ☐ No
If YES, enter delivery address below:

2:06cv554
S+C
60

3. Service Type
☒ Certified Mail    ☐ Express Mail
☐ Registered         ☒ Return Receipt for Merchandise
☐ Insured Mail       ☐ C.O.D.

4. Restricted Delivery? (Extra Fee)   ☒ Yes

102595-00-M-0952