IN THE UNITED STATES DISTRICT COURT FOR
THE MIDDLE DISTRICT OF ALABAMA
NORTHERN DIVISION

| | |
|---|---|
| **FALICIA RHODES,** | * |
| Plaintiff | * |
| | * |
| v. | * CIVIL ACTION NO.: 2:06-cv-554-WKW-DRB |
| | * |
| **UNITED STATES OF AMERICA** | * |
| Defendant. | * |

### REPORT OF THE PARTIES' PLANNING MEETING

1. **Appearances.** Pursuant to Fed. R. Civ. P. 26(f), a teleconference was held on August 31, 2006 among the following participants:

    Jay Lewis
    Law Offices of Jay Lewis, LLC
    Attorney for Plaintiff

    James Joseph DuBois
    Assistant United States Attorney
    Attorney for Defendant

2. **Pre-Discovery Disclosures.** The parties will exchange by October 9, 2006, the information required by Fed. R. Civ. P. 26(a)(1).

3. **Discovery Plan.** The parties jointly propose to the court the following discovery plan:

    a.  Discovery will be needed on the following subjects:

        1.  All information pertaining to Plaintiff's claims and damages.

        2.  All information pertaining to Defendant's defenses.

    b.  All discovery commenced in time to be completed by June 29, 2007.

    c.  There will be a maximum of 30 interrogatories by each party to any other party. The responses will be due 30 days after service.

    d.  There will be a maximum of 30 requests for production of documents by each party to any other party. The responses will be due 30 days after service.

    e.  There will be a maximum of 30 requests for admission by each party to any other

       party.  Responses will be due 30 days after service.

    f.    The parties agree that no more than 10 depositions may be taken by a party without leave of the court or agreement of the parties.  Each deposition is limited to a maximum of 7 hours unless extended by agreement of the parties.

    g.    Reports from retained experts under Rule 26(a)(2) will be due from Plaintiff by April 2, 2007, and from Defendant by May 1, 2007.

    h.    Supplementation of the disclosures under Rule 26(e) will be due within 30 days before the end of the discovery period.

4. **Other items.**

    a.    **Scheduling Conference**
The parties **do not** request a conference with the court before entry of the scheduling order.

    b.    **Pretrial Conference**
The parties request a pretrial conference in August, 2007.

    c.    **Additional Parties, Claims and Defenses**
The parties must join additional parties and amend the pleadings by October 31, 2006.

    d.    **Dispositive Motions**
All potentially dispositive motions should be filed by May 31, 2007.

    e.    **Settlement**
Settlement and the possibility of mediation cannot be evaluated until some discovery is complete.

    f.    **Trial Evidence**
The final list of witnesses and trial evidence under Rule 26(a)(3) should be due three weeks before trial.  The parties should have 14 days after service to list objections under Rule 26(a)(3).

    g.    **Trial Date**
This case should be ready for trial by September 3, 2007, and at this time is expected to take approximately 1day of trial time.  The parties jointly pray that the Court will set this non-jury matter specially at the Court's convenience during the September, 2007.

Date: September 11, 2006

| | |
|---|---|
| /s/JAY LEWIS | /s/JAMES JOSEPH DUBOIS |
| Jay Lewis | James Joseph DuBois |
| ASB-2014-E66J | Georgia Bar No. 231445 |
| Law Offices of Jay Lewis, LLC | U.S. Attorney's Office |
| P.O. Box 5059 | P.O. Box 197 |
| Montgomery, AL 36103 | Montgomery, AL 36101 |
| Phone: (334) 263-7733 | Phone: (334) 223-7280 |
| Fax: (334) 832-4390 | Fax: (334) 223-7418 |
| j-lewis@jaylewislaw.com | james.dubois2@usdoj.gov |