IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF ALABAMA
NORTHERN DIVISION

| | |
|---|---|
| FALICIA RHODES, | ) |
| | ) |
| Plaintiff, | ) |
| | ) |
| vs. | ) Civil Action No.: **2:06-CV-554 WKW** |
| | ) |
| UNITED STATES OF AMERICA, | ) |
| | ) |
| Defendant. | ) |

**MOTION FOR SUMMARY JUDGMENT**

COMES NOW the Defendant, by and through Leura G. Canary, United States Attorney for the Middle District of Alabama, and moves the Court to grant summary judgment in its favor pursuant to Rule 56 of the Federal Rules of Civil Procedure. In support of this motion, the Defendant submits the following:

1. The pleadings, which are of record and, hence not submitted herewith;

2. Supporting case law attached hereto as Exhibit A. (Zundel v Wal-Mart Stores, Inc., 1997 U.S. Dist. LEXIS 12436 (S.D. Ala. Aug. 5, 1997)).

3. Plaintiff's March 9, 2007, deposition and accompanying exhibits, attached hereto as Exhibit B.

4. Robert Thomas's March 14, 2007, deposition attached hereto as Exhibit C.

5. Sherry Whorrell's March 14, 2007, deposition attached hereto as Exhibit D.

6. The May 17, 2007, Declaration of Robert Thomas attached hereto as Exhibit E.

7. The May 17, 2007, Declaration of Sherry Whorrell attached hereto as Exhibit F.

8. The memorandum brief in support contemporaneously filed herewith.

WHEREFORE, premises considered, Defendant's Motion for Summary Judgment is due to be and should be granted and the costs of this litigation taxed to the Plaintiff.

Respectfully submitted this the 18th day of May, 2007.

                                      LEURA G. CANARY
                                      United States Attorney

By: s/James J. DuBois
     JAMES J. DUBOIS
     Assistant United States Attorney
     Georgia Bar No. 231445
     United States Attorney's Office
     Post Office Box 197
     Montgomery, AL 36101-0197
     Telephone: (334) 223-7280
     Facsimile: (334) 223-7418
     E-mail:
     james.dubois2@usdoj.gov

**Of Counsel:**

Conny Davinroy Beatty
United States Postal Service
Law Department, St. Louis Office
PO Box 66640
St. Louis, Missouri  63166-6640
Telephone: (314) 872-5172
Facsimile: (314) 872-5192

## CERTIFICATE OF SERVICE

    I hereby certify that on May 18, 2007, I electronically filed the foregoing with the Clerk of the Court using the CM/ECF system which will send notification of such filing to the following: Jay Lewis, Esq.

s/James J. DuBois  
Assistant United States Attorney
