# EXHIBIT F

IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF ALABAMA
NORTHERN DIVISION

| | |
|---|---|
| FALICIA RHODES, | ) |
| | ) |
| Plaintiff, | ) |
| | ) |
| vs. | ) Civil Action No.: **2:06-CV-554 WKW** |
| | ) |
| UNITED STATES OF AMERICA, | ) |
| | ) |
| Defendant. | ) |

## **DECLARATION OF SHERRY WORRELL**

I, Sherry Worrell, pursuant to 28 U.S.C. § 1746(2), declare under penalty of perjury that the following statement is true and correct based on my personal knowledge:

1.

I am currently employed by the United States Postal Service as a Supervisor, Customer Service at the Lagoon Park Post Office. I have held this position for approximately three years. My duties include supervising mail carriers and responding to customer telephone calls. I have worked for the United States Postal Service at the Lagoon Park Post Office for approximately 16 years.

2.

On Friday, January 27, 2006, at approximately 2:45 P.M., I was called to the front lobby by one of the front desk clerks who told me that someone had fallen down. I immediately went to the lobby and saw Ms. Rhodes standing by the red tables in the lobby. Attached as Exhibit A is a true and accurate report about the incident that I wrote on January 27, 2006, which is based upon my personal knowledge and which I incorporate by reference into this declaration. I also took pictures of the post office lobby on January 27, 2006, after Ms. Rhodes reporting falling down, and true and accurate copies of those photographs with my handwritten notations are attached as Exhibit B.

3.

The Lagoon Park Post Office has both a lobby, which contains customer P.O. Boxes as well as self-service stamp machines, and a staffed counter area that is only open during certain hours. To enter the staffed counter area, a customer has to walk through part of the lobby. Postal Service records from January 27, 2006, that are kept in the regular course of business, indicate that there were approximately 197 customers in the Post Office on January 27, 2006, between 9:00 A.M. and 2:45 P.M., who walked through the lobby and conducted business at the front staffed counter. An unknown number of additional customers accessed P.O. Boxes or used the services in the lobby without transacting business at the counter. There were no complaints by any of the customers who were in the Post Office before Ms. Rhodes about there being any wax, water, or other substance on the floor in the lobby. Nor were there any reports of anyone falling down.

I declare under penalty of perjury pursuant to 28 U.S.C. § 1746 that the foregoing statement of 3 paragraphs is true and correct.

_____
Sherry Worrell

Executed this _17_ day of May, 2007.

# EXHIBIT A

**Falicia Rhodes**
**Accident Date: January 27, 2006**
**Location: Lagoon Park Station**
**Montgomery, AL 36121**

I was called to the front lobby on Friday, January 27, 2006, at approximately 2:45 P.M. When I reached the front Annette Payne (window clerk) told me a customer had fallen in the lobby. When I reached the lobby Ms. Falicia Rhodes was standing next to the red tables in the Lobby. I asked her what happened. She replied she was walking across the floor and slipped and fell on her bottom and side. She said she was afraid she would hit something else as she feel but luckily she didn't. I asked if she was okay. She stated, "Yes, I'm just a little sore." I asked if she needed medical attention. She stated. "No, I think I just scared myself more than anything." I asked her again if she was sure she wasn't hurt. She answered, "No." There were no witnesses in the lobby. Ms. Rhodes stated the man who saw her fall had left after she got up.

I looked at the floor and saw no foreign substances and the floor was not wet. I attempted to slide my feet across the area she stated she had fell and found no problems. She said that if you stood back you could see the floor had wax on it.

I took Ms. Rhodes personal information (Name, address, phone number) and gave her my name and the Post Office phone number.

I took pictures of the Lobby area and floor where customer fell.

Even though I saw no hazards or slippery areas, I had the custodian immediately come to the lobby. He also checked the floor and although no hazards were seen, I asked him to mop the floor to be sure no unseen hazards were present. I asked the custodian if the floor had been waxed that day, he stated, "No." He told me he usually waxes the Lobby on Saturdays when the window unit is closed and there is less traffic to the P.O. boxes.

I then reported the incident to Safety in Birmingham and the Local Postmaster, Ms. Winston.

Ms. Rhodes called back at approximately 4:20 P.M. and stated she was feeling pain and was going to the emergency room. She asked if she needed a claim number or anything. I told her I could not assist her because I wasn't sure of the procedures that she needed to call our Safety office in Birmingham and I gave her the phone number for Tort claims in Birmingham. I had been advised by Ricky Chalker that if she called back wanting to file a claim or anything that Tort Claims needed to handle it from that point on.

After speaking with Ms. Rhodes, I called Birmingham and spoke with Paul Denham. He had already answered the call from Ms. Rhodes.

Respectfully,

*Sherry L. Worrell* (signature)

Sherry L. Worrell
Supervisor, Customer Services
Lagoon Park Station
334-395-6335
334-271-0382

# EXHIBIT B



View walking away from P.O. box.



Customer fell in front of red lobby table approximately in a line with frame of window



Floor View

Views walking to door to



View from door at entrance







Customer entered through doorway, turned to left heading to P.O. boxes





Customer's Box

lobby table →

Circled area is where customer slipped.

Falicia Rhodes
286-1193
P.O. Box 211074
Montgomery, AL
36121