IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF ALABAMA
NORTHERN DIVISION

| | |
|---|---|
| FALICIA RHODES, | * |
|    Plaintiff, | * |
| | * |
|    v. | *  Civil Case No. 2:06-cv-554-WKW |
| | * |
| UNITED STATES OF AMERICA, | * |
|    Defendant. | * |

## NOTICE OF APPEARANCE

COMES NOW Carol Gerard to enter her appearance as one of the attorneys for Plaintiff herein and respectfully requests of the Court and all parties that she be served with process and all needful papers.

RESPECTFULLY SUBMITTED on this the __12th__ day of June, 2007.

>/s/ CAROL GERARD
>Carol Gerard
>Law Offices of Jay Lewis, LLC
>P.O. Box 5059
>Montgomery, AL 36103
>(334) 263-7733 (Voice)
>(334) 832-4390 (Fax)
>carolgerard@JayLewisLaw.com
>ASB-1075-L66G

## CERTIFICATE OF SERVICE

I hereby certify that on June 12, 2007, I electronically filed with the Clerk of the Court the foregoing document through the CM/ECF system, which will send notification of such filing to the following individuals:

James J. DuBois

>/s/ CAROL GERARD
>OF COUNSEL