Page 1

IN THE UNITED STATES DISTRICT COURT

FOR THE MIDDLE DISTRICT OF ALABAMA

NORTHERN DIVISION

FALICIA RHODES,

    Plaintiff,

vs.                              CASE NO. 2:06-cv-554-WKW

UNITED STATES OF AMERICA,

    Defendant.

\* \* \* \* \* \* \* \* \* \*

    DEPOSITION OF FALICIA ROSILAND RHODES, taken pursuant to stipulation and agreement before Wendy Lewis, Court Reporter and Commissioner for the State of Alabama at Large, in the Law Offices of Jay Lewis, 847 South McDonough Street, Montgomery, Alabama, on Friday, March 9, 2007, commencing at 9:10 a.m.

\* \* \* \* \* \* \* \* \* \*

Page 22

1  one on the corner of the table; and I come by, and the
2  lobster tail stuck me in the right side.
3    Q. Is this when you were just eating at the
4  restaurant, you were walking by a table?
5    A. No. This was actually at Collins Signs where
6  we worked, where they make the signs.
7    Q. Okay. The sign was protruding out --
8    A. Yes.
9    Q. -- and you hit it? All right. And did you
10 seek any medical treatment?
11   A. Yes.
12   Q. What type of injury did you suffer from
13 hitting the sign?
14   A. Just had bruising and soreness.
15   Q. What kind of medical treatment did you seek?
16   A. Just went to the local doctor that Collins
17 Signs used to make sure that nothing was injured. He
18 had told me I just had bruised my inner thigh -- or
19 inner hip, I'm sorry. And he just put ice on it and
20 gave me something for pain.
21   Q. Did you file any kind of workers' comp type
22 claim?
23   A. No.
24   Q. Did you file any type of claim to get any
25 medical recovery for that injury?

Page 23

1    A. No.
2    Q. And did the injury go -- the pain go away
3  eventually?
4    A. Yes.
5    Q. And when, approximately, was that? Do you
6  know the year?
7    A. Approximately around the year of 1999.
8    Q. Do you know what type of pain-killer you
9  took?
10   A. No, I don't.
11   Q. And you don't happen to know the name of the
12 doctor you saw?
13   A. No.
14   Q. Now, do you wear contact lenses?
15   A. No.
16   Q. When was the last time you've been to an eye
17 doctor?
18   A. Two years ago.
19   Q. Any problem with your vision that you're
20 aware of?
21   A. No.
22   Q. Let me direct your attention now to a
23 document marked as Defendant's Exhibit #2, which is a
24 copy of the complaint that was filed in this lawsuit.
25 If you can turn to page 4, is that your signature at

Page 24

1  the bottom of page 4?
2    A. Yes.
3    Q. And looks -- did you sign it on or about June
4  20th, 2006?
5    A. Yes.
6    Q. And before you signed it, did you read
7  through it to see if it was generally accurate in your
8  view?
9    A. Yes.
10   Q. And to your belief, looking through it today,
11 do you see anything that you believe is inaccurate or
12 that must be changed?
13   A. No.
14   Q. Now, the lawsuit you filed concerns your fall
15 at the Lagoon Park Post Office on January 27th, 2006,
16 correct?
17   A. Yes.
18   Q. And your claim -- I ask you to look at
19 paragraph seven -- that you slipped and fell on a
20 freshly waxed and still wet spot on the floor?
21   A. Yes.
22   Q. And on paragraph eight, there were no warning
23 signs or pylons or other devices that would have
24 warned you of the danger that you faced?
25   A. There was none, no.

Page 25

1    Q. And you injured your lower back and your hip
2  when you fell on the wet floor?
3    A. Yes.
4    Q. Now, I want to direct your attention back
5  to -- I guess it was a little bit over a year ago
6  today -- January 27th, 2006, the day of the fall.
7  What time did you arrive at the Lagoon Park Post
8  Office that day?
9    A. Approximately 2:30, 2:40 -- between 2:30 and
10 2:45.
11   Q. And what did you do between the time you woke
12 up that morning and you arrived at the Lagoon Park
13 Post Office?
14   A. Took my children to school, went in to work,
15 did some work there; returned home, picked up my best
16 friend, and we ran some errands.
17   Q. Did you take any medication that morning?
18   A. No.
19   Q. And the best friend you mentioned picking up
20 was Ms. Turner?
21   A. Yes.
22   Q. At the time, did she live in Montgomery,
23 Alabama?
24   A. No.
25   Q. Was she visiting you from out of town?

FALICIA RHODES v. UNITED STATES OF AMERICA                       3/9/2007
DEPOSITION OF FALICIA ROSILAND RHODES

8 (Pages 26 to 29)

Page 26

1    A.   Yes.
2    Q.   How long was she visiting for?
3    A.   For the weekend.
4    Q.   So this was a Friday, January 27th. When had
5  she arrived in town?
6    A.   She arrived Thursday night, that Thursday
7  night before.
8    Q.   The 26th?
9    A.   Yes.
10   Q.   And how long did she stay?
11   A.   Through Monday, that following Monday.
12   Q.   All right. And you say you dropped off the
13 children at school. Where is their school located?
14   A.   My daughter goes to school at Dozier
15 Elementary which is on the Eastern Bypass next to the
16 BMW dealership.
17   Q.   How about your son?
18   A.   My son goes to Dozier -- goes to Georgia
19 Washington Junior High School, which is located on
20 Pike Road.
21   Q.   Did you drop both of them off at school that
22 morning?
23   A.   No.
24   Q.   Just your daughter?
25   A.   Just my daughter.

Page 27

1    Q.   Let's see. And you went to work and then you
2  returned home and then you went and ran some errands?
3    A.   Yes.
4    Q.   Do you recall what errands you ran?
5    A.   We just paid utility bills.
6    Q.   Which utility bills?
7    A.   The power bill, the gas bill and the water
8  bill.
9    Q.   So this would be going to Alabama Power?
10   A.   Alabama Power, Alagasco and Water Works.
11   Q.   And who was driving the car?
12   A.   I was.
13   Q.   And did you go to all three of those
14 locations, Alabama Power, Alagasco and the water
15 company before going to the post office?
16   A.   Yes.
17   Q.   Any other errands you recall before going to
18 the post office?
19   A.   We went to Big Lots. We just kind of shopped
20 around after paying bills.
21   Q.   Did you have any cold that morning? Were you
22 feeling okay?
23   A.   I was feeling fine.
24   Q.   What was the weather like, do you recall?
25   A.   It was a pretty warm day. It wasn't cold.

Page 28

1    Q.   Was it raining?
2    A.   No.
3    Q.   And what type of car do you drive?
4    A.   '05 Impala.
5    Q.   And in terms of what you were wearing that
6  day, do you recall?
7    A.   Yes.
8    Q.   What kind of shoes were you wearing?
9    A.   Was wearing a brown suede, low heel dress
10 shoe.
11   Q.   Had you worn this pair of shoes before?
12   A.   Yes.
13   Q.   Approximately how long had you owned these
14 shoes?
15   A.   Two years.
16   Q.   How often did you wear them?
17   A.   Maybe twice a year.
18   Q.   And when was the last time you had worn them
19 before this particular occasion?
20   A.   Don't recall.
21   Q.   Had you ever tripped while wearing them?
22   A.   No.
23   Q.   What kind of soles did they have?
24   A.   Had a rubber sole.
25   Q.   Have you ever stubbed your toe or caught your

Page 29

1  toe on anything while wearing a rubber-soled boot or
2  shoe?
3    A.   I don't recall.
4    Q.   What type of shoes did you usually wear?
5  When you say you wear this type of shoe twice a year,
6  this particular pair of shoes, what type did you
7  generally wear?
8    A.   About a three to four-inch high heel shoe.
9    Q.   So this was a lower heel than usual?
10   A.   Yes.
11   Q.   Was the type of sole different than usual?
12   A.   Yes.
13   Q.   What are your usual shoes? How would you
14 describe the sole of a usual shoe?
15   A.   Well, some are rubber, some are just kind of
16 slick at the bottom.
17   Q.   And this was rubber?
18   A.   This was a rubber shoe.
19   Q.   And what type of -- do you recall what kind
20 of pants -- were you wearing pants or a skirt?
21   A.   I was wearing a pair of pants.
22   Q.   Are these the type that have kind of a bell
23 bottom or flowing bottom or are they more straight
24 leg?
25   A.   They were straight leg.

Page 30

1    Q. Have you ever tripped or gotten caught up in
2  the pants leg of your shoes?
3    A. No.
4    Q. Pants leg of your shoes? Let's strike that
5  question. I think you understood my question. Have
6  you ever basically gotten your shoes caught up in your
7  pants legs before and tripped?
8    A. No.
9    Q. Have you ever slipped and fallen before
10 January 27th, 2006?
11   A. No.
12   Q. All right. Now, why were you at the Lagoon
13 Park Post Office on that day?
14   A. I have a post office box that I receive mail
15 at that particular post office.
16   Q. Is this a personal box?
17   A. Yes.
18   Q. And how many times before January 27th, 2006
19 had you been to Lagoon Park Post Office?
20   A. Every day.
21   Q. Every day. Okay. Did you generally go the
22 same time of day?
23   A. No.
24   Q. Is there a general time you tried to go there
25 or is it just whenever you had a chance?

Page 31

1    A. Whenever I got a chance.
2    Q. And generally when you went to the post
3  office, did you do anything else other than walk to
4  your box and get your mail and leave?
5    A. No, just go get mail and come back.
6    Q. Usually just to check your P.O. box and --
7    A. Yes.
8    Q. Now, when you arrived on January 27th, did
9  your friend, Ms. Turner, stay in the car?
10   A. Yes.
11   Q. Did you leave the car running?
12   A. Yes.
13   Q. And where did you park? Do you recall where
14 you parked in relation to the front door?
15   A. I parked to the left of the front door.
16   Q. Approximately how far from it? Was it a
17 convenient close spot or was it further away?
18   A. It was a convenient close by.
19   Q. Did you often have someone accompany you when
20 you drove to the post office to check your P.O. box?
21   A. No.
22   Q. And what were you planning to do after you
23 left the post office?
24   A. It was time to pick up my daughter from
25 school.

Page 32

1    Q. And what time did her school get out?
2    A. Three o'clock.
3    Q. All right. Let me direct your attention
4  to --
5      MR. DUBOIS: We'll make that Defendant's
6  Exhibit #3.
7    Q. I handed you a document, two-page document,
8  marked Defendant's Exhibit #3, which are some
9  photographs of the Lagoon Park Post Office that I want
10 to use as a reference point. Before we get to that,
11 though, I want you to look at that. And to your
12 recollection, ignoring all the writing on this, do
13 these pictures look like they accurately reflect the
14 layout of the Lagoon Park Post Office?
15   A. Yes.
16   Q. And looking at photo one -- I put numbers in
17 front of the photos. Do you see photo one?
18   A. Yes.
19   Q. Does that, in your recollection, show two
20 black mats where the front door is; and, then, if you
21 look to the left, that's like kind of a view looking
22 towards the left as you enter?
23   A. Yes.
24   Q. And then two and three also kind of show that
25 view to the left of the front door as you go in the

Page 33

1  front door and look to your left or turn left?
2    A. Yes.
3    Q. And is your P.O. box back in that far corner
4  as you look at photo three?
5    A. Yes.
6    Q. Is it in that little slot by the windows in
7  the back corner?
8    A. Yes.
9    Q. All right. And if I give you a red pen, can
10 you kind of mark approximately where your P.O. box is
11 on Exhibit #3, photo three? Does that pen work?
12   A. No.
13   Q. Try that one. And is your P.O. box number
14 211074?
15   A. Yes.
16   Q. Now, as you walk to your post office, if you
17 came in the front door -- if you look at photo three,
18 this one has a red table that you pass on your left.
19 Was that red table there that day?
20   A. Yes.
21   Q. And there is also a trash can it looks like?
22   A. Yes.
23   Q. And some kind of recycling bin which you can
24 see in photo two?
25   A. Yes.

FALICIA RHODES v. UNITED STATES OF AMERICA  3/9/2007
DEPOSITION OF FALICIA ROSILAND RHODES

10 (Pages 34 to 37)

Page 34

1  Q. Do you recall any other objects in that area
2  or on the floor when you walked in that day?
3  A. No.
4  Q. And the black mats were there that day?
5  A. Yes.
6  Q. So on January 27th, 2006, you came in the
7  front door with the black mats which is kind of seen
8  in photo one. Did you notice anything differently --
9  anything different in the post office that day from
10 the previous times you'd been there?
11 A. No.
12 Q. Now, what did you do upon entering the post
13 office that day?
14 A. When I came in the door, I went to the left
15 as I always do. I already had my key ready to stick
16 into the post office -- into my box. Before I got
17 right at the table, and that's when I slipped and
18 fell.
19 Q. When you say right at the table, you're
20 referring to the red table that's in photograph three?
21 A. Yes.
22 Q. Can you -- I'll give you the pen again --
23 mark approximately where you fell? All right. So for
24 the record, the little line you put --
25 A. Yes.

Page 35

1  Q. -- in photograph three is approximately where
2  you fell?
3  A. Yes. Yes.
4  Q. And when you came into the lobby, was there
5  anyone in there?
6  A. Yes.
7  Q. Do you recall who or how many people?
8  A. It was two people.
9  Q. Can you describe them?
10 A. One was a -- a white Caucasian woman. I
11 don't recall her age or around about age. Another one
12 was a Caucasian man, probably around age 60.
13 Q. And where was the woman standing
14 approximately?
15 A. She was standing in between -- the space in
16 between on -- on the photo three, she was standing in
17 between the two post -- the two areas of post boxes.
18 Q. So if you look at photo three, there is a --
19 looks like a little hallway that goes toward some more
20 post boxes kind of in that little hallway area?
21 A. Yes.
22 Q. Do you know where she was looking or what she
23 was doing?
24 A. No.
25 Q. How about the man? Where was he standing?

Page 36

1  A. He was to the right as you -- where you put
2  your outgoing mail into the slot.
3  Q. So if you came in the front door, he wouldn't
4  be in any of the areas in this picture; he would be to
5  the right toward where the lobby of the post office
6  is?
7  A. If you came into the post office, he would be
8  kind of toward to the right of the -- when you walk
9  into the front door.
10 Q. Did you say anything to either of these two
11 individuals when you walked in or did they say
12 anything to you?
13 A. The gentleman did.
14 Q. What did he say?
15 A. He came over and asked me was I okay.
16 Q. How about before you fell? When you first
17 walked in, was there any communication or --
18 A. No.
19 Q. I'll get to after you fell in a few minutes.
20 Did you see any postal service employees in the lobby?
21 A. No.
22 Q. All right. Now, were you in a hurry when you
23 were going to your post office box?
24 A. No.
25 Q. Walking faster than normal?

Page 37

1  A. No.
2  Q. Slower than normal?
3  A. No.
4  Q. Just your regular pace?
5  A. Yes.
6  Q. What were you thinking about?
7  A. Just getting my mail and going to pick up my
8  daughter.
9  Q. Where were you looking?
10 A. Looking toward my mail -- my post office box.
11 Q. And you said you had already gotten the key
12 out and you had it in your hand for the post office
13 box?
14 A. Yes.
15 Q. Did you see anything on the floor?
16 A. No, unh-unh.
17 Q. And approximately how long between the time
18 you walked in the front door and the time you fell?
19 A. I would say within 30 seconds of being in
20 there.
21 Q. Turning to the fall itself, do you recall the
22 first feeling you had when you were falling? Was it
23 one foot gave away first, or was it both feet at the
24 same time?
25 A. I don't recall.

Page 38

1  Q. All right. Were you able to reach out and
2  try to catch yourself on anything?
3  A. I was trying to hold my balance.
4  Q. And how did you hit the floor? I mean what
5  body part hit first, do you recall?
6  A. My hip.
7  Q. Which hip?
8  A. My left hip.
9  Q. Did any other part of your body hit the
10 floor, your head, your hands, your feet?
11 A. My elbow and my feet.
12 Q. Would it be the left elbow?
13 A. Yes.
14 Q. Now, falling down, you didn't hit any -- you
15 didn't hit the red table or anything or the trash can?
16 A. No.
17 Q. Were you carrying anything when you fell --
18 A. No.
19 Q. -- besides your keys?
20 A. Nothing but my keys.
21 Q. All right. You didn't have a purse or
22 anything?
23 A. No.
24 Q. Approximately how long were you on the floor?
25 A. Approximately about five minutes.

Page 39

1  Q. And you mentioned before that the gentleman
2  who was in the lobby came over to you?
3  A. Yes.
4  Q. Did he come over right away?
5  A. Yes.
6  Q. What happened at that point?
7  A. Well, when he approached me, he said, I tried
8  to get there before you fell. I watched you fall.
9  When he came over, he asked me was I okay; and I told
10 him that I felt some pain on the left side. He
11 grabbed -- extended his hand out to help me to get
12 up. He asked me could I get up. And I told him yeah,
13 that I felt like I could, and he helped me get up.
14 And at that time I stood at the red table.
15 Q. Leaning against it?
16 A. Yes.
17 Q. Did you say anything to him besides what you
18 just mentioned?
19 A. No, he -- no, I did not.
20 Q. What happened at that point after he helped
21 you up?
22 A. He went inside to one of the postal clerks to
23 let her know that I had fell.
24 Q. Did you ask him to do that?
25 A. No.

Page 40

1  Q. All right. Did you have any further
2  conversations with him after he went to get a
3  postal --
4  A. No. After that he left.
5  Q. So I guess you didn't get his name?
6  A. No.
7  Q. You haven't seen him since?
8  A. No.
9  Q. All right. What do you believe caused you to
10 fall?
11 A. The floor being slick.
12 Q. And what made you think the floor was slick?
13 A. Because when I looked down I had residue all
14 over my shoes; and as I was standing, I had a chance
15 to look, and that's when I saw that the floor had been
16 waxed and it was still wet.
17 Q. All right. When you got up, you said you had
18 some residue on your shoes?
19 A. Yes.
20 Q. Can you describe the residue?
21 A. It was white.
22 Q. What kind of --
23 A. It's like powder, something like some powder.
24 Q. Did it have any smell?
25 A. No.

Page 41

1  Q. Approximately how much was on your shoes?
2  Are we talking about a lot of residue, a little bit of
3  residue?
4  A. From the -- from the top of my shoe to the
5  back heel of my shoe on the left-hand side of the
6  shoe.
7  Q. Top of the shoe? When you say top of the
8  shoe, saying like if you're looking at a shoe, just
9  down the back heel to the top of the shoe or from the
10 front of the shoe to the back?
11 A. From the front of the shoe to the back along
12 the side.
13 Q. Along the bottom sole or the side?
14 A. On the side of the shoe.
15 Q. Do you know which side?
16 A. On my left side of the shoe.
17 Q. Which would be the outer side of the shoe or
18 the inner side?
19 A. The outer side of the shoe on the left shoe.
20 Q. Was it on the bottom sole of the shoe or just
21 the side?
22 A. It covered the whole entire side of the shoe.
23 Q. And had you looked at your shoes -- when was
24 the last time you looked at your shoes before you
25 walked in the post office?

Page 42

1   A. I don't recall.
2   Q. Was there anything on your right shoe?
3   A. No.
4   Q. Did you at some point clean that substance
5   off your shoe?
6   A. Yes.
7   Q. When did you do that?
8   A. I took them to the shoe shop probably about a
9   week later.
10  Q. Ever take any pictures of what was on the
11  shoe?
12  A. No.
13  Q. All right. And you say you also looked at
14  the floor and it was still wet?
15  A. Yes.
16  Q. All right. And what led you to the
17  conclusion it was still wet?
18  A. Because I saw water as well as wax.
19  Q. Now, is this something you saw -- was it in
20  one spot on the floor or was it the entire floor?
21  A. It was in one area of the floor.
22  Q. All right. So you stood up and you looked --
23  looking at picture three, were you looking towards the
24  windows in picture three at the floor?
25  A. Yes.

Page 43

1   Q. What area of the floor was wet again?
2   A. Do I need to point --
3   Q. Let me give you a pen if you'll just kind of
4   approximately.
5   A. It was approximately this area of the floor,
6   around in that area.
7   Q. And just for the record, you put a little --
8   just kind of colored in the area --
9   A. Yeah.
10  Q. -- on photo three that you recall being wet?
11  A. Yes.
12  Q. And was there a distinct line where the wet
13  ended and the rest of the floor began? How could you
14  tell what was wet and what wasn't?
15  A. Well, there was a puddle of some water just
16  in one spot.
17  Q. So it was kind of a puddle?
18  A. Yes, uh-huh.
19  Q. That collected in the spot that you kind of
20  colored in in photo three on Exhibit #3?
21  A. Yes.
22  Q. Now, when you stood up, were your clothes
23  wet?
24  A. No.
25  Q. Did you run your hand through the puddle or

Page 44

1   did you feel the puddle at all to see what it felt
2   like?
3   A. No.
4   Q. So you don't know if it was hot or cold, the
5   consistency of it?
6   A. No.
7   Q. Did you smell anything?
8   A. No.
9   Q. Were your shoes wet?
10  A. From the -- from the residue, yes. From the
11  wax and --
12  Q. Well, the white stuff on the side of your
13  shoe, you assume that was wax?
14  A. I -- what -- I -- yes, I did. I --
15  Q. What made you think that the white stuff on
16  your shoe was wax?
17  A. Because the floor had been waxed.
18  Q. And what makes you think the floor had been
19  waxed?
20  A. Well, the -- I don't recall. I don't.
21  Q. I'm just trying to understand what --
22  A. Yeah, I know.
23  Q. I mean, you say you stood up, you see I guess
24  a puddle of water and the white substance on the outer
25  sole of your left shoe?

Page 45

1   A. Uh-huh.
2   Q. Other than those two things, is there
3   anything else that made you think that there had been
4   wax on the floor?
5   A. No.
6   Q. Now, you didn't see anyone at the post office
7   putting wax on the floor or waxing the floor at any
8   point in time when you came in, did you?
9   A. No.
10  Q. Didn't see any buckets, wax bottles laying
11  around, mops, brooms?
12  A. No.
13  Q. Do you have any idea how long that substance
14  had been on the floor?
15  A. No.
16  Q. And you don't have any evidence that anyone
17  else entering the post office fell down either before
18  or after you that day, do you?
19  A. No.
20  Q. Do you have any evidence that anyone at the
21  post office knew about any substance being on the
22  floor when you went in?
23  A. No.
24  Q. Now, at some point, did someone with the
25  postal service come out to you?

Page 46

1    A.  Yes.
2    Q.  And did she introduce herself as Ms. Whorrell
3　or did she?
4    A.  Well, the first lady that come out was the
5　clerk that was behind the counter when the gentlemen
6　went in to tell her that I had fell.
7    Q.  Tell me what happened when the clerk came
8　out.
9    A.  She come out and she asked me was I okay.  I
10　told her no.  And she said, well, hold on.  Stand
11　right here and I'll go get a supervisor.
12   Q.  Is that the extent of the conversation?
13   A.  Yes.
14   Q.  Did she give you her name?
15   A.  Her name is Ms. Janette -- and it's two
16　Janettes.  I just know the description of her.  I
17　don't know her last name.
18   Q.  How would you describe her?
19   A.  She's a heavy-set black lady, wears glasses,
20　usually wears her hair curly or either back in a pony
21　tail.
22   Q.  I guess you've seen her more than once going
23　to the post office?
24   A.  Yes.
25   Q.  Do you know her on a social basis?

Page 47

1    A.  No.
2    Q.  Have you ever talked to her besides this one
3　time?
4    A.  Other than just saying hello.
5    Q.  So she said hold on, let me get a supervisor.
6　How soon after she said that did a supervisor come
7　out?
8    A.  She come out right away.
9    Q.  And what happened when the supervisor came
10　out?
11   A.  She asked me what was -- what happened, and I
12　told her that I had fallen.  And then her and I both
13　took our feet -- I took my right foot and she took her
14　foot, and we kind of went over the area where the
15　floor was wet and had the residue on it.
16   Q.  And just -- before I get to that, you said
17　the floor was wet and it had the residue on it.  Did
18　you also see a residue on the floor?  Besides being on
19　your shoe, did you see the white substance on the
20　floor?
21   A.  No.  All I seen was on my shoe so.
22   Q.  So she came out.  Did she introduce herself
23　first?
24   A.  Yes, she did introduce herself.
25   Q.  Was that Ms. Whorrell?

Page 48

1    A.  Yes, it was.
2    Q.  Had you ever met or seen her before?
3    A.  No.
4    Q.  Ever met or seen her since?
5    A.  No.
6    Q.  All right.  So she asked you if you were
7　okay?
8    A.  Yes, she did.
9    Q.  What was your response?
10   A.  I told her that I was -- that my left side
11　was hurting, but I was more shooken up than anything.
12   Q.  All right.  And both of you, you said, slid
13　your right feet across the floor?
14   A.  I slid my right foot over the floor as well
15　as she slid her foot.
16   Q.  And what happened when you slid your feet
17　over the floor?
18   A.  I told her, I said, well, you -- I asked her
19　did she see what I saw, and she said yes.  And then
20　that's when in return she asked the custodian to put
21　up a sign.
22   Q.  So you recall sliding your foot over and
23　saying, Do you see what I see, and she said yes?
24   A.  Yes, uh-huh.
25   Q.  Was there any other discussion or

Page 49

1　conversation between the two of you?
2    A.  She took my name and address and phone
3　number.  She in return told me that if I had any more
4　problems that I could contact her.  Again, she asked
5　me was I okay.
6    Q.  And what did you say the second time?
7    A.  I told her the same thing I told her the
8　first time, that my side was hurting, but I was
9　shooken up.
10   Q.  Did you say that you had been afraid that you
11　might hit something as you fell, but luckily you had
12　not?
13   A.  Yes.
14   Q.  Did you tell her that, you know, I think I
15　just scared myself more than anything?
16   A.  Well, I told her I was shooken up more than
17　anything at that time, yes.
18   Q.  And I think you mentioned that you told her
19　your back or your hip were hurting?
20   A.  Yes, I had told her it was more -- at that
21　time I hurt -- felt the more pain in my hip.
22   Q.  Did you mention to Ms. Whorrell your
23　suspicion or belief that there had been wax on the
24　floor?
25   A.  I don't recall.

### Page 50

1  Q. Now, you said Ms. Whorrell got a custodian to
2  come out?
3  A. Yes, she did.
4  Q. Did the custodian come out while you were
5  still there?
6  A. Yes.
7  Q. Did you talk to him at all?
8  A. No.
9  Q. And what did the custodian do when he came
10 out?
11 A. He had a wet floor sign and he put it out.
12 Q. Did they do anything else?
13 A. Not that I recall.
14 Q. Did he have any conversation with
15 Ms. Whorrell in your presence?
16 A. Did he?
17 Q. Yeah. Did you see any conversation between
18 the two of them, hear anything they discussed?
19 A. I don't recall.
20 Q. The custodian didn't say anything to you?
21 A. I don't recall.
22 Q. All right. Besides talking to Ms. Whorrell
23 after you had fallen and the clerk who came out when
24 you first fell, did you talk to anyone else at the
25 post office?

### Page 51

1  A. Not at that particular post office, no.
2  Q. Now, you mentioned that Ms. Whorrell got your
3  contact information, and I guess she gave you her
4  contact information?
5  A. Yes.
6  Q. And said to call if there were any problems?
7  A. Yes.
8  Q. And at that point after you exchanged that
9  information, what happened next?
10 A. I got myself together and I walked to the
11 car. I let my best friend know that I had just fallen
12 in the post office. I asked her would she drive. She
13 got out of the passenger seat and got into the
14 driver's seat.
15 Q. Did you -- oh.
16 A. She --
17 Q. Were you able to get your mail before you
18 left or did you leave it at the post office?
19 A. No.
20 Q. You just left there --
21 A. I just left.
22 Q. -- straightaway? Were you able to walk to
23 your car with no problem? No one had to assist you to
24 walk to your car?
25 A. No one had to assist me, no.

### Page 52

1  Q. So you got to the car, you told her you had
2  just fallen. Did you tell her you thought you had
3  fallen on wax?
4  A. I don't recall the conversation.
5  Q. But then you had her switch and she drove?
6  A. Yes.
7  Q. Where did you go at that point?
8  A. At that point it had -- it was right at three
9  o'clock. We went to pick up my daughter.
10 Q. Approximately what time did you reach the
11 school to pick up your daughter? Were you late?
12 A. About five minutes after three.
13 Q. And during the time driving to pick up your
14 daughter, did you have any more conversation with
15 Ms. Turner about your fall?
16 A. Yes.
17 Q. Do you recall that conversation?
18 A. I told her exactly what had happened in the
19 post office. And I told her at that time my neck and
20 head started hurting. And she asked me did I want her
21 to take me to the doctor -- to the hospital, and I
22 told her yeah -- yes, but we needed to pick up my
23 daughter first because I didn't have anyone else to
24 pick her up.
25 Q. Did you take any medication after the fall?

### Page 53

1  Aspirin, Tylenol, ibuprofen or anything?
2  A. No.
3  Q. So you went and got your daughter? What
4  happened at that point?
5  A. When we got my -- when we picked up my
6  daughter, I in return called Ms. -- the lady from the
7  post office. Sorry. I don't remember her name. I
8  called her to tell her that I was on my way to Baptist
9  East to the hospital; that at that point my neck and
10 back -- neck and head had started hurting.
11 Q. Did you ask her if you needed a claim number
12 or something?
13 A. No. What she did, she in return gave me a
14 phone number to their home office in Birmingham and
15 for me to notify them, and I did so.
16 Q. All right. So when you called Ms. Whorrell,
17 the only thing she did was refer you to the Birmingham
18 office?
19 A. She took down that I -- she took down the
20 information that I told her, I was on my way to
21 Baptist East to the hospital. And she said, well, let
22 me give you this number to the home office in
23 Birmingham.
24 Q. Anything else discussed on that phone call?
25 A. She said that I needed to contact the home

Page 62

1  guess, of the prescription information sheet that was
2  provided to you by the pharmacy?
3      A.  Yes.
4      Q.  And it looks like you paid 11.49 for it?
5      A.  Yes.
6      Q.  Now, do you have the receipt for that?  I'm
7  just asking because if you go to the last page, you
8  have two receipts there.  I didn't see the receipt for
9  the Naproxen.
10     A.  No, I don't.
11     Q.  And the instructions are to take one tablet
12 twice a day with meals; is that right?
13     A.  Yes.
14     Q.  Did you take the entire prescription?
15     A.  Yes, I did.
16     Q.  With meals?
17     A.  Yes.
18     Q.  Did it help?
19     A.  It helped somewhat.
20     Q.  When you went to see Dr. Beauchamp, what did
21 you tell him your symptoms were?
22     A.  I told him that I was still having some --
23 some hip pain, my lower back and my neck, and was
24 having headaches.
25     Q.  Now, besides taking this Naproxen and using

Page 63

1  the cold and warm compress before going to see
2  Dr. Beauchamp, did you take any other medication?
3      A.  No.
4      Q.  No over-the-counter Tylenol or anything?
5      A.  No.
6      Q.  Did you take off any time from work between
7  the 27th and going to see Dr. Beauchamp?
8      A.  No -- no.
9      Q.  Have you ever had headaches before this --
10 before you fell on January 27th, 2006?
11     A.  Just normal headaches.
12     Q.  And what did you usually take to treat them?
13     A.  Tylenol.
14     Q.  Did Tylenol generally help?
15     A.  Yes.
16     Q.  How often would you have headaches?
17     A.  I don't recall.
18     Q.  How about back or hip pain?  Ever have back
19 or hip pain before you went to see -- before the fall
20 on January 26th?
21     A.  No.
22     Q.  How did Dr. Beauchamp treat you upon that
23 first visit if you recall?
24     A.  After telling him what the problem was, he
25 just touched the areas to see the severity of the pain

Page 64

1  and then in return gave me a prescription, told me to
2  try that.  If that did not work, then we would go to
3  the next step.
4      Q.  And was that prescription for hydrocodone?
5      A.  Yes.
6      Q.  Did he explain what the next step would be?
7      A.  He told me that if it did not work that he
8  would send me to therapy.
9      Q.  Did you set up a follow-up appointment at
10 that time with him?
11     A.  Yes, I did.
12     Q.  Let's go back to Defendant's Exhibit #5.
13         MR. DUBOIS:  Did I give you a copy?
14         MR. LEWIS:  Uh-huh.
15     Q.  Hydrocodone is on the second page, correct?
16     A.  Yes.
17     Q.  And did you go pick that up from the CVS
18 pharmacy it looks like on February 5th, 2006?
19     A.  Yes.
20     Q.  And it says take one tablet every six hours
21 as needed?
22     A.  Yes.
23     Q.  Did you take one tablet every six hours until
24 the prescription had run out?
25     A.  Yes, I did.

Page 65

1      Q.  And did that help at all?
2      A.  It helped somewhat.
3      Q.  Did you ever receive a refill of the
4  Naproxen, the one -- the prescription you had received
5  from the emergency room or just that one?
6      A.  Just that one.
7      Q.  Now, at some point, did Dr. Beauchamp
8  prescribe Darvocet?
9      A.  Yes, he did.
10     Q.  Was that at that first visit or a subsequent
11 visit?  Do you know?
12     A.  I don't recall which visit it was.
13     Q.  Do you know if you were taking the
14 Hydrocodone at the same time you were taking the
15 Darvocet?
16     A.  No.
17     Q.  And I'm just looking at it.  If you look at
18 Defendant's Exhibit #5, the left of the first page,
19 there is Propoxy, which is the Darvocet.  That's the
20 CVS information sheet.  You see that there?
21     A.  Uh-huh.
22     Q.  There is a date of 2/6/06 on that page.  And
23 then if you go to the last page, there are some
24 receipts you supplied; and the one on the right on the
25 last page is for 22.79, which matches the price of the

FALICIA RHODES v. UNITED STATES OF AMERICA　　　　　3/9/2007
DEPOSITION OF FALICIA ROSILAND RHODES

22 (Pages 82 to 85)

Page 82

1    A.  Back, some.  Hip, no.
2    Q.  So when you went to him in November, were you
3  going for the cold?
4    A.  No.  I was going because I had had a
5  headache.
6    Q.  And how did he treat you there?
7    A.  If I -- I can't recall the actual treatment
8  that he gave me.
9    Q.  Other than that time in November, have you
10  seen him any other time?
11    A.  No.
12    Q.  Now, are you currently suffering any pain
13  that you attribute to your fall at the Lagoon Park
14  Post Office?
15    A.  My headaches.
16    Q.  Other than the headaches.
17    A.  Nothing else.
18    Q.  All right.  How often do you have these
19  headaches?
20    A.  Well if you count today, I've had a headache
21  for two weeks.
22    Q.  So you have a headache today?
23    A.  Yes, I do.
24    Q.  How would you describe the headache you have
25  today on a scale of 1 to 10 in terms of pain?

Page 83

1    A.  About a 6.
2    Q.  Have you taken any medication for it?
3    A.  No.
4    Q.  And where particularly is the pain you have
5  in your head right now?
6    A.  On -- on both sides, just the side of my head
7  and my left ear.
8    Q.  Have you ever been to a sinus specialist or
9  throat --
10    A.  Ear nose --
11    Q.  -- ear nose doctor?
12    A.  Yes.
13    Q.  For allergies or anything like that?
14    A.  Just for sinus.
15    Q.  For sinus?  When did you go to that doctor?
16    A.  Oh, that's been -- I probably was 19 years
17  old.
18    Q.  All right.  Long time ago?
19    A.  Yes.
20    Q.  Did they ever take any x-ray of sinus
21  cavities or do any --
22    A.  I don't recall.
23    Q.  Do you have any allergies that you're aware
24  of?
25    A.  No.

Page 84

1    Q.  Ever been to an allergy doctor to be tested
2  for allergies?
3    A.  No.
4    Q.  All right.  So you say you've had a headache
5  now for about two weeks.  When was that last headache
6  you had before that?
7    A.  I don't recall.
8    Q.  Approximately how often do you have these
9  headaches?
10    A.  About every two months.
11    Q.  Once every two months and they last for a
12  certain amount of time?
13    A.  Yes.
14    Q.  Have you been able to connect it to an
15  activity, lack of sleep?  Is there anything that in
16  your mind seems to make the headaches come on or go?
17    A.  No.
18    Q.  They just suddenly appear and then they
19  disappear?
20    A.  Yes.
21    Q.  Now, before your fall on January 26th, 2006,
22  how often did you have headaches?
23    A.  Probably every six months, seven months,
24  something like that.
25    Q.  And how long would those headaches last when

Page 85

1  you had them?
2    A.  Maybe a couple of days.
3    Q.  And how would you rate those headaches on a
4  pain scale?
5    A.  I would say about a three, just a normal
6  headache.
7    Q.  Besides the headaches, is there any other
8  pains that you're attributing to your fall at the post
9  office?
10    A.  Yeah.  Because I still have some neck pain.
11    Q.  What type of neck pain?
12    A.  As if I'm -- as if my neck is tightened up.
13    Q.  Which part of your neck?
14    A.  The lower part of my neck.
15    Q.  In the back?
16    A.  In the back, uh-huh.
17    Q.  And what do you do to try to take care of
18  that?
19    A.  Just put a warm compress, relax.
20    Q.  Does that help?
21    A.  Somewhat.  It gives me some relief.
22    Q.  Now, before your fall on February 26th, is it
23  your testimony you never had neck pain before that?
24    A.  Never had neck pain before.
25    Q.  I said February 26th -- the January 26th

FALICIA RHODES v. UNITED STATES OF AMERICA                    3/9/2007
DEPOSITION OF FALICIA ROSILAND RHODES

                                                    23 (Pages 86 to 89)

Page 86

1  fall, 2006, you never had neck pain before that?
2      A.  No.  January 27th.
3      Q.  Caught me again.  I got it wrong twice.
4         MR. LEWIS:  I was just looking at it myself.
5      Q.  And approximately how often do you have this
6  neck pain?
7      A.  Well, in the last six months, I've had pain
8  about every two month, about around the headaches,
9  when the headaches come on and it bothers -- my neck
10 hurts.
11     Q.  Have you ever tried to treat it with anything
12 like Aspercreme or any of those muscle -- topical
13 muscle pain relievers?
14     A.  Yes.
15     Q.  Does that help?
16     A.  No.
17     Q.  What ones have you tried using?
18     A.  I've tried the Therma something.  I'm not
19 sure.  And they make a patch as well, so.
20     Q.  And those haven't helped with your neck pain?
21     A.  No.
22     Q.  How about ibuprofen or other anti-
23 inflammatory drugs?
24     A.  No.
25     Q.  You haven't tried them or they haven't

Page 87

1  helped?
2      A.  They haven't helped.
3      Q.  But you've tried them?
4      A.  I'm sorry.  I've tried them.
5      Q.  But you haven't been to any doctor since
6  November for any pain you're suffering?
7      A.  No.
8      Q.  Besides the headaches and the neck pain, any
9  other pain you're suffering today that you attribute
10 to the fall?
11     A.  No.
12     Q.  Let me show you what is marked as Defendant's
13 Exhibit #9.
14        MR. DUBOIS:  Are we up to #9?
15        COURT REPORTER:  #7.
16     Q.  And let me direct your attention to
17 Defendant's Exhibit #7.  Is this a statement that you
18 prepared?
19     A.  Yes, it is.
20     Q.  Do you recall approximately when you prepared
21 this statement?
22     A.  No, I don't.  And that's unlike me not to put
23 a date on it.
24     Q.  Would you believe it was -- I'm looking for a
25 date on here.  It says my physical therapy ended on

Page 88

1  March 1st, so this was after you had completed your
2  physical therapy.  That's fair to say?
3      A.  Yes, uh-huh.
4      Q.  And the reason I'm asking, it says -- the
5  statement -- if you look at the second paragraph, it
6  says, I'm still suffering from a headache and I had to
7  stop wearing high heels, which was part of my everyday
8  attire.  I've had to adjust my footwear due to the
9  pain in my hip and lower back.  What are you referring
10 to in those two sentences?
11     A.  Well, I normally used to wear three to five-
12 inch heels but ever since I have fallen, I cannot wear
13 those heels anymore.  I've had to adjust.  All my life
14 I've worn high heels and now I've had to go to a lower
15 shoe due to the pain.  If I wear these heels long, I'm
16 going to start -- I'm going to start having pain.  So
17 I've had to adjust.
18     Q.  When you wear the heels, where do you get the
19 pain?
20     A.  In the hip area.
21     Q.  How often have you tried to wear --
22     A.  I've tried twice.
23     Q.  Twice?
24     A.  Uh-huh.
25     Q.  So since your fall, you haven't worn the two

Page 89

1  to three-inch high heels --
2      A.  No.
3      Q.  -- except for those two times, and both those
4  times caused you pain?
5      A.  That's correct.
6      Q.  When was the last time you tried to wear the
7  high heels?
8      A.  Probably about three months ago.
9      Q.  Are you currently on any medication?
10     A.  No.
11     Q.  Are you fully able to perform your job?
12     A.  Yes.
13     Q.  Haven't had to take any disability leave or
14 anything?
15     A.  Only when I had surgery.
16     Q.  And that was the surgery back in July of
17 2005?
18     A.  That's correct.
19     Q.  When did you first visit an attorney in
20 relation to your fall at the post office?
21     A.  I do not recall the actual date.
22     Q.  Did someone suggest you contact an attorney
23 or was that your own idea?
24     A.  That was my own idea.
25     Q.  Did you have any discussion about contacting