FALICIA RHODES v. UNITED STATES OF AMERICA         3/14/2007
DEPOSITION OF SHERRY WHORRELL

Page 1

IN THE UNITED STATES DISTRICT COURT

FOR THE MIDDLE DISTRICT OF ALABAMA

NORTHERN DIVISION

FALICIA RHODES,

    Plaintiff,

vs.                              CASE NO. 2:06-cv-554-WKW

UNITED STATES OF AMERICA,

    Defendant.


\* \* \* \* \* \* \* \* \* \*


DEPOSITION OF SHERRY WHORRELL, taken pursuant to stipulation and agreement before Mallory M. Johnson, Court Reporter and Commissioner for the State of Alabama at Large, in the Law Offices of U.S. Attorney's Office, One Court Square, Montgomery, Alabama, on Wednesday, March 14, 2007, commencing at approximately 10:22 a.m.


\* \* \* \* \* \* \* \* \* \*

FALICIA RHODES v. UNITED STATES OF AMERICA                           3/14/2007
DEPOSITION OF SHERRY WHORRELL

2 (Pages 2 to 5)

Page 2

```
 1         APPEARANCES
 2  FOR THE PLAINTIFF:
 3  Mr. Jay Lewis
    LAW OFFICE OF JAY LEWIS
 4  Attorney at Law, Suite 100
    847 S. McDonough Street
 5  Montgomery, Alabama 36104
 6  FOR THE DEFENDANT:
 7  Mr. James J. DuBois
    Assistant U.S. Attorney
 8  U.S. ATTORNEY'S OFFICE
    One Court Square, Suite 201
 9  Montgomery, Alabama 36104
10  ALSO PRESENT:
11  Ms. Falicia Rhodes
12          * * * * * * * * * *
13         EXAMINATION INDEX
14  SHERRY WHORRELL
        BY MR. LEWIS        3
15
            * * * * * * * * * *
16
           STIPULATIONS
17
        It is hereby stipulated and agreed by and
18
    between counsel representing the parties that the
19
    deposition of SHERRY WHORRELL is taken pursuant to the
20
    Federal Rules of Civil Procedure and that said
21
    deposition may be taken before Mallory M. Johnson,
22
    Court Reporter and Commissioner for the State of
23
    Alabama at Large, without the formality of a
24
    commission; that objections to questions other than
25
    objections as to the form of the questions need not be
```

Page 3

```
 1  made at this time but may be reserved for a ruling at
 2  such time as the deposition may be offered in evidence
 3  or used for any other purpose as provided for by the
 4  Federal Rules of Civil Procedure.
 5         It is further stipulated and agreed by and
 6  between counsel representing the parties in this case
 7  that said deposition may be introduced at the trial of
 8  this case or used in any manner by either party hereto
 9  provided for by the Federal Rules of Civil Procedure.
10           * * * * * * * * * *
11         COURT REPORTER:  And read and sign?
12         MR. DUBOIS:  Yes.
13             SHERRY WHORRELL
14         The witness, having first been duly sworn to
15  speak the truth, the whole truth and nothing but the
16  truth, testified as follows:
17             EXAMINATION
18  BY MR. LEWIS:
19     Q.  Tell me your name, please.
20     A.  Sherry Whorrell.
21     Q.  Okay.  Ms. Whorrell, my name is Jay Lewis.
22  We just met.  I represent Ms. Rhodes in this case
23  that's been brought against the United States of
24  America based on an event that took place in January
25  of 2006.
```

Page 4

```
 1     Couple of ground rules.  Just, if you will, make
 2  all of your responses verbal.  Don't nod or shake your
 3  head like you're doing now --
 4     A.  Yes, sir.
 5     Q.  -- because the court reporter can't take that
 6  down.  If I ask a question you don't understand or ask
 7  it in a way you don't understand, or if it sounds
 8  vague or ambiguous, just stop me and I'll rephrase
 9  it.  Okay?
10     A.  Yes, sir.
11     Q.  Standard question, don't be offended.  But
12  are you under the influence of any medications or
13  drugs or alcohol or anything that might impair your
14  ability to perceive my question and give me an
15  accurate response?
16     A.  No, sir.
17     Q.  Okay.  Tell me how you're employed.
18     A.  I'm employed with the Postal Service.  I'm
19  supervisor.
20     Q.  Okay.  And what's your title?
21     A.  Supervisor, Customer Service.
22     Q.  Okay.  At what location?
23     A.  Lagoon Park Station.
24     Q.  And is that the same location at which you
25  were employed January 27th, 2006?
```

Page 5

```
 1     A.  Yes, sir.
 2     Q.  Okay.  What's your job as supervisor of
 3  customer service?
 4     A.  I supervise carriers and make sure they get
 5  the mail delivered.
 6     Q.  Does that post office have a postmaster?
 7     A.  We have a station manager.
 8     Q.  Okay.  And who is the station manager?
 9     A.  At that time or now?
10     Q.  At that time.
11     A.  His name was Arnez Mayberry.
12     Q.  Okay.  And who is the station manager now?
13     A.  Phil Story.
14     Q.  We're here about one incident that took place
15  last year at about 2:45 in the afternoon.  Tell me
16  what you remember from that time.
17     A.  I was at my desk.  The clerk hollered back
18  and told me they needed a supervisor, that someone had
19  fell in the lobby.
20     Q.  Which clerk was that?
21     A.  Her name was Annette Payne.
22     Q.  And where was your office with relation to
23  the lobby?
24     A.  My desk is in the very back of the building.
25     Q.  Okay.
```