IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF ALABAMA
NORTHERN DIVISION

| | |
|---|---|
| FALICIA RHODES, | ) |
| | ) |
| Plaintiff, | ) |
| | ) |
| vs. | ) Civil Action No.: **2:06-CV-554 WKW** |
| | ) |
| UNITED STATES OF AMERICA, | ) |
| | ) |
| Defendant. | ) |

### **DECLARATION OF ROBERT THOMAS**

I, Robert Thomas, pursuant to 28 U.S.C. § 1746(2), declare under penalty of perjury that the following statement is true and correct based on my personal knowledge:

1.

I am currently a custodian employed by the United States Postal Service at the Lagoon Park Post Office. I have held this position since approximately May 2004.

2.

My shift as custodian a the Lagoon Park Post Office runs from 6 AM to 2:30 PM, Tuesday through Saturday. I am responsible for cleaning the post office facilities, including its floors. I do not have any formal schedule of cleaning assignments that I must complete each week at scheduled times. Instead, I received on-the-job training when I started about what work needed to be done at the post office, and I have learned what generally must be cleaned at the facility. I generally try to clean the front lobby with a dry mop every morning between 7 and 8 AM, and when I believe it is necessary I also clean the floors with a wet mop in the mornings. I only apply wax to the floors when I believe that the floor needs waxing, generally two to four times a month.

*Ret*

3.

When I determine the floor needs a new application of wax, I apply the wax early on Saturday mornings, when the post office is least crowded and before the lobby window opens for customers. I have used the same wax, known as Johnson Wax, the entire time I have been at the Lagoon Park station. The wax has a very strong chemical smell when wet and has a slightly thicker consistency than water. I do not mix the wax with any water for application but instead apply the wax directly to the floor with a mop. As a result, the waxing process does not create any puddles of water. I then use a blow-drying machine to apply air to the floor to make the wax dry faster. The drying process takes less than 10 to 15 minutes, and I only shut off the blow-drying machine when I determine the floors are dry. The wax is clear when applied to the floor, and it dries with a clear finish. It does not create any sort of white powder or residue, and I have never noticed any white substance when waxing the floor. When I am waxing, I always place signs warning any customers that might enter the facility that the floor is wet.

4.

I was working as a custodian on Friday, January 27, 2006. It was a sunny day. I used a dry mop in the lobby of the station at around 7 or 8 A.M., but did not use a wet mop or apply any wax to the floor. There were no substances on the floor when I dry-mopped the floor that morning, and I am not aware of the floor in the lobby being wet or having any substances on it at any time that day.

5.

At approximately 2:45 P.M. on January 27, 2006, I was called to the front lobby by Ms. Worrell, a supervisor at the Lagoon Park Post Office. She told me a customer had fallen and asked me to check the floor to make sure that it was not wet and that there were not any substances on it.

I checked the floor where she indicated that the customer had fallen, and I did not find any water or other substance. Ms. Worrell told me to mop the floor even though I had not found anything, so I placed warnings signs and mopped the floor. Ms. Worrell also asked me if I had waxed the floor that day, and I told her that I had not waxed the floor that day and that I usually waxed on Saturday mornings.

I declare under penalty of perjury pursuant to 28 U.S.C. § 1746 that the foregoing statement of 5 paragraphs is true and correct.

*Robert E. Thomas*
Robert Thomas

Executed this 17th day of May, 2007.