IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF ALABAMA
NORTHERN DIVISION

| | |
|---|---|
| FALICIA RHODES, | ) |
| | ) |
| Plaintiff, | ) |
| | ) |
| vs. | ) Civil Action No.: **2:06-CV-554 WKW** |
| | ) |
| UNITED STATES OF AMERICA, | ) |
| | ) |
| Defendant. | ) |

**JOINT MOTION
TO SUSPEND PRETRIAL DEADLINES AND CONTINUE TRIAL UNTIL AFTER
COURT RULES ON PENDING SUMMARY JUDGMENT MOTION**

COMES NOW the parties, by and through their respective counsel, and jointly move the Court to suspend the deadlines contained in the Court's Pretrial Order and continue the trial of this case until after the Court rules on Defendant's pending Motion for Summary Judgment. In support of this Motion, the Counsel for the parties show the Court the following:

1.

This is a slip-and-fall lawsuit for alleged negligence brought against the United States under the Federal Tort Claims Act, 28 U.S.C. §§ 1346, 2671-80 ("FTCA"). On May 18, 2007, Defendant filed a Motion for Summary Judgment. If this Motion is granted, it will eliminate the need for a trial of this case, which is currently set for a bench trial during the October 15, 2007, trial term.

2.

The parties are presently scheduled to begin preparing pretrial submissions and spending significant time on pretrial preparation. Specifically, the parties must submit a proposed pretrial order to the Court, exchange witness lists, identify deposition transcripts to be used at trial, and furnish exhibits by September 5, 2007. A pretrial conference is set for September 10, 2007. The

parties must also submit motions in limine and object to exhibits by October 1, 2007.

3.

The parties respectfully submit that the interests of justice and judicial economy dictate that the pretrial deadlines be suspended and that the trial be continued until after the Court's ruling on Defendant's pending motion for summary judgment. If the parties were to engage in the pretrial preparation described in paragraph 2, supra, for example, and the Court were to subsequently grant Defendant's Motion, then the time and resources the parties put into the submissions would be rendered unnecessary.

4.

Accordingly, to best serve the interests of judicial economy and to prevent the potentially needless expenditure of resources and time, the undersigned counsel respectfully request that the Court grant this motion, suspend all pretrial deadlines, and continue the trial of this case until after the Court rules on Defendant's Motion for Summary Judgment.

Respectfully submitted this 23rd day of August, 2007.

/s/Jay Lewis
Jay Lewis
Carol Gerard
Law Offices of Jay Lewis, LLC
P.O. Box. 5059
Montgomery, AL 36103
Telephone: 334-263-7733
Facsimile: 334-832-4390
Email: j-lewis@jaylewislaw.com
    Carolgerard@jaylewislaw.com

Attorney for Plaintiff

LEURA G. CANARY
United States Attorney

/s/James J. DuBois
JAMES J. DUBOIS
Assistant United States Attorney
Georgia Bar No. 231445
United States Attorney's Office
Post Office Box 197
Montgomery, AL 36101-0197
Telephone: (334) 223-7280
Facsimile: (334) 223-7418
E-mail: james.dubois2@usdoj.gov

## CERTIFICATE OF SERVICE

  I hereby certify that on August 23, 2007, I electronically filed the foregoing with the Clerk of the Court using the CM/ECF system which will send notification of such filing to Plaintiff's attorney, Jay Lewis.

               s/James J. DuBois
              Assistant United States Attorney