IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF ALABAMA
NORTHERN DIVISION

| | |
|---|---|
| FALICIA RHODES,           ) | |
| )         | |
| Plaintiff,       ) | |
| )         | |
| v.                                    ) | CASE NO. 2:06-cv-554-WKW |
| )         | |
| UNITED STATES OF AMERICA,  ) | |
| )         | |
| Defendant.      ) | |

## ORDER

Upon consideration of the parties' Joint Motion to Suspend Pretrial Deadlines and Continue Trial Until After Court Rules on Pending Summary Judgment Motion (Doc. # 17), it is ORDERED that:

1. The motion is GRANTED in part and DENIED in part;

2. It is GRANTED with respect to a continuation of pretrial deadlines;

    a. The deadline for exchanging witness lists, deposition designations, and exhibit lists as specified in Sections 9, 10, and 11 of the Uniform Scheduling Order is CONTINUED from September 5, 2007, to **September 26, 2007**;

    b. The pretrial conference is CONTINUED from September 15, 2007, to **October 1, 2007, at 1:30 p.m.**, in courtroom 2-E.

3. It is DENIED with respect to a suspension of pretrial deadlines and continuance of the trial. A ruling on the motion for summary judgment will be entered prior to the bench trial set for October 15, 2007.

DONE this 28th day of August, 2007.

/s/ W. Keith Watkins
UNITED STATES DISTRICT JUDGE