IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF ALABAMA
NORTHERN DIVISION

| | | |
|---|---|---|
| FALICIA RHODES,<br>    Plaintiff, | *<br>*<br>* | |
| v. | * | Civil Case No. 2:06-cv-554-WKW |
| | * | |
| UNITED STATES OF AMERICA,<br>    Defendant. | *<br>* | |

### CONFLICT DISCLOSURE STATEMENT

COMES NOW Plaintiff, in the above-styled matter and in accordance with the order of this Court (Doc 19), making the following disclosure concerning parent companies, subsidiaries, partners, limited liability entity members and managers, trustees (but not trust beneficiaries), affiliates, or similar entities reportable under the provisions of the Middle District of Alabama's General Order No. 3027:

This party is an individual.

Respectfully submitted this the _30th_ day of August, 2007.

/s/ Jay Lewis
JAY LEWIS
P.O. Box 5059
Montgomery, AL 36103
Phone: (334) 263-7733
Fax: (334) 832-4390
J-lewis@jaylewislaw.com
ASB-2014-E66J
Counsel for Plaintiff

**CERTIFICATE OF SERVICE**

      I hereby certify that I have served the foregoing on the following parties and/or counsel by CM/ECF or by placing a copy of the same in the United States mail, postage prepaid and properly addressed, on this__30th__day of August, 2007.

James J. DuBois
Assistant United States Attorney
P.O. Box 197
Montgomery, AL 36101-0197

                                        /s/ Jay Lewis
                                        JAY LEWIS
                                        P.O. Box 5059
                                        Montgomery, AL 36103
                                        Phone: (334) 263-7733
                                        Fax: (334) 832-4390
                                        J-lewis@jaylewislaw.com
                                        ASB-2014-E66J