**Dunn, King & Associates, L.L.C.**                                              **Case Invoice**

Phone: (334) 263-0261 or (800) 359-8001; Fax: (334) 263-1243
2600 Zelda Road, Suite 100-2
P. O. Box 1627
Montgomery, AL 36102-1627

| | 4/12/2007 |

James J. DuBois
U.S. ATTORNEY'S OFFICE
One Court Square, Suite 201

Montgomery, AL 36104

**Phone**    (334) 223-7280
**Fax**      (334) 223-7560

**Rhodes, Falicia vs. United States of America 3750**

| Invoice # | Claim No. | File No. | Billed | Paid | Witness | | Job Date | |
|---|---|---|---|---|---|---|---|---|
| 21279F | | | 4/12/2007 | | Rhodes, Felicia Rosiland | | 3/9/2007 | |
| AUSA | Appearance for U.S. Attorney/per hour | | | | | $25.00 | 2 | $50.00 |
| USA | Original & 1 | | | | | $3.95 | 105 | $414.75 |
| | | | | | | Amount Paid | | $0.00 |
| | | | | | | Amount Due | | $464.75 |
| 21283F | | | 4/12/2007 | | Thomas, Robert | | 3/14/2007 | |
| USAC | Copy of Transcript page (deposition) | | | | | $2.25 | 11 | $24.75 |
| | | | | | | Amount Paid | | $0.00 |
| | | | | | | Amount Due | | $24.75 |
| 21284F | | | 4/12/2007 | | Whorrell, Sherry | | 3/14/2007 | |
| USAC | Copy of Transcript page (deposition) | | | | | $2.25 | 14 | $31.50 |
| | | | | | | Amount Paid | | $0.00 |
| | | | | | | Amount Due | | $31.50 |
| | | | | | | **Case Balance** | | **$521.00** |

Payment due in 30 days. Terms-Net 30; Interest charged at a rate of 1.5% on any unpaid balance
Please note invoice number on remittance to insure proper credit.
63-0823137